OFFICIAL NOTICE FROM COURT OF CRIMINAL APPEALS OF TEXAS
P.O. BOX 12308, CAPITOL STATION, AUSTIN, TEXAS 78711

**STATE OF TEXAS
PENALTY FOR
PRIVATE USE**

U.S. POSTAGE ≫ PITNEY BOWES

ZIP 78701 $ 000.27⁵
02 1W
0001401603 NOV 20 2015

**11/17/2015**
**WILLIAMS, RODNEY KEVIN** Tr. Ct. No. 1224794-A

**WR-82,421-03**

On this day, the supplemental clerk's record, in response to the order issued by this Court, has been received and presented to the Court.

Abel Acosta, Clerk

RETURN TO SENDER
RELEASED FR
HARRIS COUNT

RODNEY KEVIN WILLIAMS
HARRIS COUNTY SHERIFF'S OFFICE
SPN
70                    JACINTO